No. 98–5798. AJAMU v. ALFRED ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5802. EMERY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5806. RILEY v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5809. HILL v. TURPIN, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 98–5811. ROUNDTREE v. KENNEDY ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5812. SPARKS v. KENTUCKY CHARACTER AND FITNESS COMMITTEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–5813. SPIGELSKI v. McDONALD'S. C. A. 3d Cir. Certiorari denied.

No. 98–5817. LIEBERS v. SALINE COUNTY, KANSAS. Ct. App.-Kan. Certiorari denied.

No. 98–5819. DUBOSE v. JONES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5820. SHAFER v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 98–5822. GUILLOT v. DAY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–5829. SHOOK v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 98–5830. HALL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–5833. BARNES v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 98–5839. PROSSER v. ROSS ET AL. C. A. 8th Cir. Certiorari denied.